**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL LANG, MICHAEL LANG LIVING TRUST,

Plaintiffs

v.

CJF AUTOMOTIVE, LLC,

Defendant

Case No.: 2:26-cv-01461-APG-BNW

**Order Accepting, in Part, Report and Recommendation and Granting Leave to Amend**

[ECF No. 4]

Magistrate Judge Weksler recommends that I dismiss, without leave to amend, the plaintiffs' complaint because it does not plead a federal claim and is not complete diversity is lacking between the plaintiffs and defendant to satisfy diversity jurisdiction. ECF No. 4. Plaintiff Michael Lang objects to that recommendation, arguing he attempted to "raise[] issues arising under federal law and constitutional protections, including but not limited to due process, contractual violations affecting interstate commerce, and federally protected rights." ECF No 6. He requests leave to amend to assert such federal questions.

I have conducted a de novo review of the issues set forth in Judge Weksler's Report and Recommendation under Local Rule IB 3-2. I agree with Judge Weksler that the complaint fails to satisfy federal question or diversity jurisdiction. I therefore accept her recommendation that I dismiss the complaint. However, because Lang is a pro se plaintiff, I must allow him a chance to file an amended complaint if he is able to plausibly assert claims arising under the U.S. Constitution or a federal statute. If Lang files an amended complaint, he must identify in that document the specific statute or constitutional provision he is relying on for each claim. If he intends to assert state law claims only, based on this court's diversity jurisdiction, he must allege

the citizenship of each party, including all of the members of the CJF Automotive, LLC. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I THEREFORE ORDER that the Report and Recommendation (ECF No. 4) is accepted in part. The complaint is dismissed without prejudice. The plaintiffs may file a first amended complaint by **August 7, 2026** if they can plausibly allege facts giving rise to claims that come within this court's jurisdiction.

DATED this 17th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE