**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL LANG, et al.

Plaintiffs

v.

CJF AUTOMOTIVE, LLC,

Defendant

Case No.: 2:26-cv-01461-APG-BNW

**Order Dismissing Case**

I previously dismissed the complaint without prejudice and gave the plaintiffs leave to amend by August 7, 2026. ECF No. 7 at 2. The plaintiffs did not file an amended complaint by that date.

I THEREFORE ORDER that this case is dismissed without prejudice and the clerk of court is instructed to close it.

DATED this 19th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE